**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEPHANIE COOK, | ) | 2:12-cv-00522-HDM-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#7) filed on October 4, 2013, in which the magistrate judge recommends that this court enter an order dismissing the above-captioned case with prejudice. Neither party objected to the report and recommendation. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and

1

applicable case law, and good cause appearing, the court hereby adopts and accepts the report and recommendation of the United States Magistrate Judge (#7).

In accordance with the foregoing, the above-captioned case is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: This 31st day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

2